IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JAMES LONG
ADC #128713                                                              PLAINTIFF

v.                         No. 2:11-cv-80-DPM

DANNY BURL, East Arkansas
Regional Unit, ADC                                                       DEFENDANT

ORDER

1. Motion for refund, *Doc. 8*, granted. A James A. Long—housed at the Pulaski County Detention Facility—filed a § 1983 lawsuit earlier this year. *Long v. Williams*, E.D. Ark. No. 4:20-cv-227-JM. Based on public records, it appears this person was James Albert Long, who is being held pending trial on criminal charges in Pulaski County Circuit Court. When the Court granted the *in forma pauperis* application in that new case, copies of the Order were sent not only to the Pulaski County facility, but also to the ADC Centralized Banking Office and ADC Compliance Division. *Doc. 3* in No. 4:20-cv-227-JM. As a result, it appears the ADC has created a new $350 lien against the James A. Long in its custody—James *Allen* Long, ADC #128713—and begun withdrawing monthly payments from his prison trust account. This was an error.

2. The Court directs the Clerk to refund the $20.00 collected from James Allen Long, ADC #128713. The Court also directs the Arkansas

Department of Correction to remove the lien against James Allen Long, ADC #128713, for Case No. 4:20-cv-227-JM. Finally, if any further payments are received from James Allen Long, ADC #128713, in the meantime, then they should be refunded without further Order of the Court being required.

3. The Court directs the Clerk to send a copy of this Order to the Warden of the Tucker Maximum Security Unit, the ADC Trust Fund Centralized Banking Office, and the ADC Compliance Division.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 September 2020